# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARC A. EARLEY,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al*.,

    Defendants.

Case No. 2:15-cv-01263-LDG (GWF)

**ORDER**

For good cause shown,

THE COURT **ADOPTS** the Report and Recommendation (#2).

THE COURT **ORDERS** that Defendant District Attorney J. Timothy Fattig is DISMISSED with prejudice; As such, Plantiff's Second and Third Claims are DISMISSED with prejudice.

DATED this ___ day of October, 2017.

_____
Lloyd D. George
United States District Judge