# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARC A. EARLEY,

    Plaintiff,

v.

METRO POLICE DEPARTMENT, *et al.*,

    Defendants.

Case No. 2:15-cv-01263-LDG (GWF)

**ORDER**

    The plaintiff, Marc Earley, filed an application to proceed *in forma pauperis* to prosecute a 42 U.S.C. §1983 civil rights complaint against several defendants. In February 2016, the Magistrate Judge granted the request to proceed *in forma pauperis* and screened the complaint. The Magistrate Judge ordered that the complaint be filed (though recommended that one defendant be dismissed with prejudice), that the Clerk of the Court send the required USM-285 forms to Earley, and that Earley shall have 20 days to furnish the USM-285 forms to the U.S. Marshal to permit the U.S. Marshal to serve the summons and complaint on the defendants. Earley was further notified that, after receiving completed USM-285 froms from the U.S. Marshal, he would have 20 days to file notice with the Court identifying the defendants that were served. Earley was notified that, pursuant to

Rule 4(m) of the Federal Rules of Civil Procedure, service must be accomplished within 90 days from the date the complaint was filed.

On October 17, 2017, the Clerk of the Court notified the plaintiff that the complaint had been filed on February 2, 2016, and again notified Earley of the requirements of Rule 4(m). The Clerk of the Court further notified Earley that this action may be dismissed unless, prior to November 16, 2017, Earley filed either a proof of service (within the 90-day period) or good cause showing why service had not been made within that period.

Earley has neither filed proof that service was made within the 90 day period nor good cause why service was not made within that period. Accordingly,

THE COURT **ORDERS** that this matter is DISMISSED without prejudice for failure to serve the defendants within 90 days after the complaint was filed.

DATED this  29  day of November, 2017.

_____
Lloyd D. George
United States District Judge